97 F.3d 708
 Timothy E. QUILL, M.D.; Samuel C. Klagsbrun, M.D.; and
Howard A. Grossman, M.D., Plaintiffs-Appellants,
v.
Dennis C. VACCO, Attorney General of the State of New York;
George E. Pataki, Governor of the State of New
York; Robert M. Morgenthau, District
Attorney of New York County,
Defendants-Appellees.
 No. 60, Docket 95-7028.
 United States Court of Appeals,
Second Circuit.
 Oct. 15, 1996.
 
 JON O. NEWMAN, Chief Judge:
 
 
 1
 Upon consideration of the request by an active judge of this Court for a poll as to whether the Court should sua sponte rehear this appeal in banc, the poll was deferred pending the decision of the Supreme Court on the petition for a writ of certiorari; the Supreme Court having granted the petition for a writ of certiorari, --- U.S. ----, 117 S.Ct. 36, 135 L.Ed.2d 1127 (1996), the request for a poll has been withdrawn.